*E-FILED - 11/30/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCISCO J. MEDINA, | ) | No. C 10-3611 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| ROBERT A. HOREL, et al., | ) | |
| Defendants. | ) | |

The court has dismissed this case.  A judgment of dismissal is entered in favor of defendants.  Plaintiff shall take nothing by way of his complaint.

IT IS SO ORDERED.

DATED: 11/30/10

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.09\Medina611jud.wpd